UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

LEXINGTON FURNITURE INDUSTRIES, INC.,

                    Plaintiff(s),

- against -

THE LEXINGTON COMPANY,

                    Defendant(s).
----------------------------------------------------------------x

19 Civ. 6239 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

    As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Plaintiff shall produce customer complaints subject to a protective order within 21 days.

2. Defendant shall respond to plaintiff's interrogatories except #5, 6, 7, + 20 within 21 days.

3. Plaintiff may file summary judgment motion by May 8. Defendant may respond by May 29. Plaintiff reply is due June 8 and response to defendant's summary judgment motion is due June 19. Defendant's reply on its summary judgment motion is due June 30.

[margin note: 2d non-move by May 29]

The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York

2-24-20