UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEXINGTON FURNITURE INDUSTRIES,
INC.,

                         Plaintiff,                    19-cv-6239 (PKC)

        -against-                                      ORDER


THE LEXINGTON COMPANY,

                         Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The existing schedule is modified as follows:

1.  The deadlines for motions in limine, Joint Pre-Trial Order, proposed voir
    dire, jury instructions and verdict sheet are stayed pending further order;

2.  Plaintiff's motion for summary judgment is due June 5, 2020;

3.  Defendant's response and cross-motion is due June 26, 2020;

4.  Plaintiff's reply on its summary judgment motion and response to
    defendant's motion is due July 24, 2020;

5.  Defendant's reply on its motion for summary judgment is due August 7,
    2020.

Letter motions (Doc 60, 61 73, 74) are terminated.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 26, 2020