

130 North 18th Street | Philadelphia, PA 19103
blankrome.com

> MEMO ENDORSED

*Phone:* (215) 569-5619
*Fax:* (215) 832-5619
*Email:* Pecsenye@BlankRome.com

May 12, 2020

**VIA EMAIL:  <Wang_NYSDChambers@nysd.uscourts.gov>**

Hon. Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:  *Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands v. The Lexington Company, AB d/b/a The Lexington Clothing Company*
          **Case No. 1:19-cv-06239-PKC**

Dear Judge Wang:

    Pursuant to the Court's March 20, 2020 Memo Endorsement (Dkt 72), an in-person settlement conference is currently set for Tuesday, May 19, 2020, at 2:30PM. The parties respectfully submit this letter pursuant to Section VII of Your Honor's Individual Practices in Civil Cases to request that the current mediation be postponed until a later date in June, assuming the Court's schedule can accommodate.

    As the Court is aware, the evolving state of the pandemic has resulted in continued restrictions on travel and in-person meetings. Notably, the Court's website indicates that the Court will still be physically closed on the date of the currently scheduled in-person settlement conference. Furthermore, the European travel ban implemented by President Trump precludes LCC's corporate representative, who resides in Sweden, from lawfully attending the conference in person on the scheduled date. In fact, his flight was recently cancelled due to the travel ban. Finally, as to the lead attorneys in this case, who all reside out-of-state, travel within the United States is similarly restricted due to travel restrictions and stay-at-home orders currently in effect in various jurisdictions. Based on these difficulties, the parties respectfully request that the mediation conference be postponed to a later date.

    For the Court's convenience, the parties have conferred and are available in-person on any of the following dates: June 9, June 10, June 11, June 24, June 25, and June 30. Should the Court not have any of the foregoing dates available, the parties will confer and submit additional dates.

143763.00604/100227734v.1

Judge Wang
May 12, 2020
Page 2

      The parties appreciate the Court's scheduling flexibility and consideration of the current request. Should the Court have any questions, the parties are available at the convenience of the Court.

      Respectfully submitted,

      /s/ *Timothy D. Pecsenye*

      TIMOTHY D. PECSENYE

cc:    Lucy Jewett Wheatley, Esquire
       Brad R. Newberg, Esquire
       Amanda L. DeFord, Esquire
       Matthew W. Cornelia, Esquire

---

**Application Granted.**

The settlement conference scheduled for May 19, 2020 is adjourned. A rescheduled telephonic settlement conference will be held on **June 25, 2020 at 2:30 p.m.** The dial-in information is as follows:

- Telephone Number: 866-390-1828
- Access Code: 1582687

An additional security code will be emailed to the parties before the conference.

Parties' settlement submissions are due by June 18, 2020.

**SO ORDERED.**

_____      5/12/2020
Ona T. Wang
U.S. Magistrate Judge

---

143763.00604/100227734v.1