UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LEXINGTON FURNITURE INDUSTRIES, INC.
d/b/a LEXINGTON HOME BRANDS,

                Plaintiff,                    19-cv-6239 (PKC)

   -against-

                                              ORDER

THE LEXINGTON COMPANY, AB d/b/a THE
LEXINGTON CLOTHING COMPANY,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       The conference scheduled for June 29, 2021 is adjourned to July 21, 2021 at 3:00 p.m. in Courtroom 11D.

       SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
         June 17, 2021