# EXHIBIT F

*Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands v. The Lexington Company, AB d/b/a The Lexington Clothing Company*, No. 1:19-CV-6239-PKC (S.D.N.Y.)

| Exhibit No. | Bates (Beg) | Bates (End) | Source | Objections |
|---|---|---|---|---|
| DX-1** | LEX000021 | LEX000021 | Lindhe Decl., Ex. A | |
| DX-2 | LCC000124 | LCC000124 | Lindhe Decl., Ex. B | |
| DX-3* | LCC000470 | LCC000470 | Lindhe Decl., Ex. C | 106, 402 (should be LCC-000469 – LCC-000470) |
| DX-4** | LCC000421 | LCC000421 | Lindhe Decl., Ex. D | |
| DX-5** | LCC000001A | LCC000001A | | |
| DX-6* | LCC000469 | LCC000469 | | 106, 402 (should be LCC-00469 – LCC-000470) |
| DX-7** | LCC000471 | LCC000471 | | |
| DX-8 | LCC000180 | LCC000181 | Lindhe Decl., Ex. E | Conditional Objections (pending resolution of objections to TTAB Materials): 402, 403 (misleading; waste of time) |
| DX-9 | LCC000210 | LCC000211 | Lindhe Decl., Ex. F | Conditional Objections (pending resolution of objections to TTAB Materials): 402, 403 (misleading; waste of time) |
| | LCC000227 | LCC000227 | Lindhe Decl., Ex. F | Conditional Objections (pending resolution of objections to TTAB Materials): 402, 403 (misleading; waste of time) |
| DX-10 | LCC000287 | LCC000288 | Lindhe Decl., Ex. G | Conditional Objections (pending resolution of objections to TTAB Materials): 402, 403 (misleading; waste of time) |
| | LCC000304 | LCC000305 | Lindhe Decl., Ex. G | Conditional Objections (pending resolution of objections to TTAB |

*Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands v. The Lexington Company, AB d/b/a The Lexington Clothing Company*, No. 1:19-CV-6239-PKC (S.D.N.Y.)

| Exhibit No. | Bates (Beg) | Bates (End) | Source | Objections |
|---|---|---|---|---|
| | | | | Materials): 402, 403 (misleading; waste of time) |
| DX-11 | LCC000332 | LCC000333 | Lindhe Decl., Ex. H | Conditional Objections (pending resolution of objections to TTAB Materials): 402, 403 (misleading; waste of time) |
| DX-12 | LCC000228 | LCC000263 | Lindhe Decl., Ex. I | Conditional Objections (pending resolution of objections to TTAB Materials): 402, 403 (misleading; waste of time) |
| DX-13* | LEX007306 | LEX007310 | Pecsenye Decl., Ex. DD | 106, 402 (should be LEX007306 – LEX007334) |
| DX-14** | LEX001734 | LEX001734 | Pecsenye Decl., Ex. EE | |
| DX-15** | LEX000557 | LEX000566 | Pecsenye Decl., Ex. FF | |
| DX-16** | LEX000512 | LEX000521 | Pecsenye Decl., Ex. GG | |
| DX-17* | LEX000540 | LEX000544 | Pecsenye Decl., Ex. HH | 106, 402 (should be LEX000540 – LEX000566) |
| DX-18 | LEX000345 | LEX000350 | Pecsenye Decl., Ex. II | |
| | LEX000371 | LEX000377 | Pecsenye Decl., Ex. II | |
| | LEX000389 | LEX000390 | Pecsenye Decl., Ex. II | |
| | LEX000057 | LEX000057 | Pecsenye Decl., Ex. II | |
| DX-19** | LEX000397 | LEX000397 | Pecsenye Decl., Ex. JJ | |
| DX-20* | LCC000428 | LCC000448 | | 106, 402 (should be LEX000424 – LEX000511) |
| DX-21** | LEX000592 | LEX000594 | | |
| DX-22* | LCC000456 | LCC000457 | | 106, 402 (should be LEX000424 – LEX000511) |
| DX-23** | LEX001737 | LEX001739 | Pecsenye Decl., Ex. Y | |

*Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands v. The Lexington Company, AB d/b/a The Lexington Clothing Company*, No. 1:19-CV-6239-PKC (S.D.N.Y.)

| Exhibit No. | Bates (Beg) | Bates (End) | Source | Objections |
|---|---|---|---|---|
| DX-24 | LCC001086 | LCC001086 | Pecsenye Decl., Ex. E | 106, 402 (should be LEX000915 – LEX001171) |
| DX-25* | LCC001131 | LCC001162 | Pecsenye Decl., Ex. D | 106 (should be LEX000915 – LEX001171) |
| DX-26** | LEX007052 | LEX007098 | Pecsenye Decl., Ex. M | |
| DX-27* | LEX001625 | LEX001626 | Pecsenye Decl., Ex. Q | 106, 402 (should be LEX001625 – LEX001629) |
| | LEX006908 | LEX006909 | Pecsenye Decl., Ex. Q | 106, 402 (should be LEX006908 – LEX006917) |
| | LEX006951 | LEX006952 | Pecsenye Decl., Ex. Q | 106, 402 (should be LEX006951 – LEX006968) |
| DX-28 | LEX007099 | LEX007112 | | |
| DX-29 | LEX006589 | LEX006589 | | |
| DX-30** | LCC000121 | LCC000123 | Lindhe Decl., Ex. K | |
| DX-31 | LCC000935 | LCC000945 | Pecsenye Decl., Ex. H | 402, 602, 802, 901 |
| DX-32 | LCC000955 | LCC000990 | Pecsenye Decl., Ex. I | 402, 602, 802, 901 |
| DX-33 | LCC000994 | LCC000995 | Pecsenye Decl., Ex. J | 402, 602, 802, 901 |
| DX-34** | LEX007032 | LEX007033 | Pecsenye Decl., Ex. V | |
| DX-35 | LCC001183 | LCC001188 | Pecsenye Decl., Ex. W | Conditional Objections (pending resolution of objections to TTAB Materials): 402, 403 (misleading; waste of time) |
| DX-36** | LEX002532 | LEX002539 | Pecsenye Decl., Ex. X | |
| DX-37 | LCC000638 | LCC000648 | Pecsenye Decl., Ex. F | 402, 403, 602, 802, ID |
| | LCC000691 | LCC000903 | Pecsenye Decl., Ex. F | 402, 403, 602, 802 |
| DX-38 | LCC001028 | LCC001084 | Pecsenye Decl., Ex. G | 402, 403, 602, 802, 901 |
| DX-39 | LCC001085 | LCC001085 | | 402, 403, 602, 802, 901 |
| DX-40 | LCC000990 | LCC000990 | | |
| DX-41 | LCC000991 | LCC000993 | | |
| DX-42 | LCC000946 | LCC000954 | | |

*Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands v. The Lexington Company, AB d/b/a The Lexington Clothing Company*, No. 1:19-CV-6239-PKC (S.D.N.Y.)

| Exhibit No. | Bates (Beg) | Bates (End) | Source | Objections |
|---|---|---|---|---|
| DX-43 | LCC000472 | LCC000477 | Lindhe Decl., Ex. M | |
| DX-44 | LCC000478 | LCC000482 | Lindhe Decl., Ex. N | |
| DX-45 | LCC000483 | LCC000487 | Lindhe Decl., Ex. O | |
| DX-46 | LCC000488 | LCC000490 | Lindhe Decl., Ex. P | |
| DX-47 | LCC000491 | LCC000496 | Lindhe Decl., Ex. Q | |
| DX-48 | LCC000497 | LCC000499 | Lindhe Decl., Ex. R | |
| DX-49 | LCC000500 | LCC000504 | Lindhe Decl., Ex. S | |
| DX-50 | LCC000661 | LCC000685 | Lindhe Decl., Ex. V | 402, 403, 802, 901, foreign language<br><br>These are alleged emails to an LCC employee (Mina Zakipour) that are clearly European marketing, if distributed at all, and not for the United States market. |
| DX-51 | LCC000649 | LCC000660 | | 402, 403 (misleading), 901 |
| DX-52 | LCC000686 | LCC000686 | | 402, 403 (waste of time), 901 |
| DX-53 | LCC000690 | LCC000690 | | |
| DX-54 | LCC000614 | LCC000614 | | 106, 402, 602, 901, Unreadable |
| DX-55 | LCC000904 | LCC000926 | | 106, 402, 602, 901 |
| DX-56 | LCC000340 | LCC000354 | | |
| DX-57 | LCC000602 | LCC000603 | | |
| DX-58 | LCC000687 | LCC000689 | | |
| DX-59* | LEX001860 | LEX001898 | Pecsenye Decl., Ex. BB | |
| | LEX006344 | LEX006345 | Pecsenye Decl., Ex. BB | |
| | LEX006347 | LEX006347 | Pecsenye Decl., Ex. BB | |
| | LEX002462 | LEX002466 | Pecsenye Decl., Ex. BB | |
| | LEX002453 | LEX002455 | Pecsenye Decl., Ex. BB | |
| | LEX006601 | LEX006656 | Pecsenye Decl., Ex. BB | |

*Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands v. The Lexington Company, AB d/b/a The Lexington Clothing Company*, No. 1:19-CV-6239-PKC (S.D.N.Y.)

| Exhibit No. | Bates (Beg) | Bates (End) | Source | Objections |
|---|---|---|---|---|
|  | LEX006681 | LEX006692 | Pecsenye Decl., Ex. BB |  |
|  | LEX002479 | LEX002479 | Pecsenye Decl., Ex. BB | 106 (should be LEX002479 – LEX002481) |
|  | LEX002482 | LEX002482 | Pecsenye Decl., Ex. BB | 106 (should be LEX002482 – LEX002489) |
|  | LEX002490 | LEX002510 | Pecsenye Decl., Ex. BB |  |
| DX-60 | LCC000355 | LCC000355 |  |  |
| DX-61 | LCC000522 | LCC000523 |  |  |
| DX-62** | LEX001842 | LEX001842 | Pecsenye Decl., Ex. Z |  |
| DX-63** | LEX006711 | LEX006711 | Pecsenye Decl., Ex. L |  |
| DX-64** | LEX006712 | LEX006712 | Pecsenye Decl., Ex. AA |  |
| DX-65** | LEX006563 | LEX006564 |  |  |
| DX-66 | LEX006566 | LEX006566 |  |  |
| DX-67 | LCC000636 | LCC000637 |  |  |
| DX-68** | LEX001735 | LEX001735 |  |  |
| DX-69** | LCC000580 | LCC000582 | Lindhe Decl., Ex. L |  |
| DX-70 | LCC000344 | LCC000353 | Lindhe Decl., Ex. T |  |
| DX-71 | LCC001079 | LCC001079 | Lindhe Decl., Ex. U |  |
| DX-72 | LCC000512 | LCC000514 | Lindhe Decl., Ex. W |  |
| DX-73 | LCC001087 | LCC001129 |  | 402, 408, 602, 802, 901 |
| DX-74** | LEX001696 | LEX001700 | Pecsenye Decl., Ex. N |  |
| DX-75 | LCC001163 | LCC001165 | Pecsenye Decl., Ex. K | 402, 403, 602, 802, 901 |
| DX-76** | LCC000596 | LCC000601 |  |  |
| DX-77 | LCC000571 | LCC000579 |  |  |
| DX-78** | LCC000619 | LCC000621 |  |  |

*Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands v. The Lexington Company, AB d/b/a The Lexington Clothing Company*, No. 1:19-CV-6239-PKC (S.D.N.Y.)

Objection Key:

| Objection | Meaning |
|---|---|
| 106 | Completeness |
| 402 | Relevance |
| 403 | Asked and answered, unduly prejudicial, confusing, misleading, wastes time, cumulative |
| 602 | Personal knowledge / speculation |
| 702 | Improper opinion of an expert |
| 703 | Improper basis for expert opinion |
| 802 | Hearsay |
| 901 | Authenticating / identifying evidence |
| 1006 | Summary of voluminous information |
| Demonstrative | Demonstrative evidence and therefore not properly admitted into evidence |
| ID | Description of the exhibit is not accurate or does not match the document corresponding to the bates number(s) |
| Unreadable | Exhibit quality poor / illegible |