# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998
blankrome.com

*Phone:*  215-569-5619
*Fax:*      215-832-5619
*Email:*   pecsenye@blankrome.com

June 18, 2021

**VIA ECF**

Hon. Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

The Final Pre-Trial Conference is adjourned to August 31, 2021 at 3:30 PM.

SO ORDERED.
6/22/2021

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re: ***Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands v. The Lexington Company, AB d/b/a The Lexington Clothing Company*
Case No. 1:19-cv-06239-PKC**

Dear Judge Castel:

I am primary trial counsel for Defendant in the above-captioned case. I write to advise the Court of a conflict with the recently scheduled Final Pre-Trial Conference in this matter [ECF 170]. Unfortunately, I have a long standing trip out of the country on the new date set by the Court. My understanding is that your Honor's calendar can accommodate moving the conference to August 31, 2021 at 3:30PM. Opposing counsel has graciously indicated they will not object to our request and will agree to the proposed new date for the conference. However, if the Court's calendar will accommodate an earlier conference between August 9-August 31, the parties would appreciate it. We appreciate the Court's consideration.

Respectfully submitted,

BLANK ROME LLP

By: */s/ Timothy D. Pecsenye*
TIMOTHY D. PECSENYE

CC:  Brad R. Newberg, Esq.,
Lucy Jewett Wheatley, Esq.,
Amanda L. DeFord, Esq.
Matthew W. Cornelia, Esq.
(all via EFC)