UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LEXINGTON FURNITURE INDUSTRIES, INC.
d/b/a LEXINGTON HOME BRANDS,

                Plaintiff,                          19-cv-6239 (PKC)

      -against-

                                            <u>ORDER</u>

THE LEXINGTON COMPANY, AB d/b/a THE
LEXINGTON CLOTHING COMPANY,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        Trial is set for the week of January 24, 2022.  The Court will advise the parties of the actual date and time for jury selection when it becomes known.

        SO ORDERED.

                                                        P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
           December 1, 2021