UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LEXINGTON FURNITURE INDUSTRIES, INC.
d/b/a LEXINGTON HOME BRANDS,

                Plaintiff,                19-cv-6239 (PKC)

   -against-

                                                ORDER

THE LEXINGTON COMPANY, AB d/b/a THE
LEXINGTON CLOTHING COMPANY,

                Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court is pleased to report that if the trial of 20-cr.-320(PAE) proceeds on January 26, 2022 as scheduled, then jury selection in this action will commence on January 27, 2022 at 9:30 am in Courtroom 11D. Opening statements and witnesses will follow immediately.

        SO ORDERED.

                                                        P. Kevin Castel
                                          United States District Judge

Dated:  New York, New York
            January 11, 2022