UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LEXINGTON FURNITURE INDUSTRIES, INC.
d/b/a LEXINGTON HOME BRANDS,

                    Plaintiff,                    19-cv-6239 (PKC)

     -against-

                                                  ORDER

THE LEXINGTON COMPANY, AB d/b/a THE
LEXINGTON CLOTHING COMPANY,

                  Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       The case is set for trial for May 26, 2022 at 9:30 AM in Courtroom 11D.


       SO ORDERED.

                                                   P. Kevin Castel
                                          United States District Judge

Dated:  New York, New York
           March 3, 2022