UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEXINGTON FURNITURE INDUSTRIES, INC. d/b/a LEXINGTON HOME BRANDS., <br><br> Plaintiff, <br><br> -against- <br><br> THE LEXINGTON COMPANY, AB d/b/a THE LEXINGTON CLOTHING COMPANY, <br><br> Defendant. | 19-cv-6239(PKC) <br><br> Stipulation of Dismissal |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands, and Defendant The Lexington Company, AB d/b/a The Lexington Clothing Company, by and through their undersigned attorneys, that Plaintiff's claim against Defendant for violation of N.Y. Gen. Bus. Law § 360-l, shall be dismissed with prejudice in order to streamline the case and issues to be presented to the jury, and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant on that claim.

Dated: 05/31/2022

SO ORDERED
[signature]
USDJ
6-1-22

**MCGUIREWOODS LLP**

/s/ *Lucy J. Wheatley*
Lucy Jewett Wheatley (*pro hac vice*)
Amanda L. DeFord (*pro hac vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Gateway Plaza
Richmond, VA 23219
Tel: (804) 775-1000
lwheatley@mcguirewoods.com
adeford@mcguirewoods.com

1

Michael L. Simes
**MCGUIREWOODS LLP**
1251 Avenue of the Americas, 20th Floor
New York, New York 10105-0106
Tel: (212) 548-7013
Fax: (212) 548-2150
msimes@mcguirewoods.com

Matthew W. Cornelia (*pro hac vice*)
**MCGUIREWOODS LLP**
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
Tel: 214-932-4313
mcornelia@mcguirewoods.com

*Counsel for Plaintiff*

Dated: 05/31/2022                    **BLANK ROME LLP**

/s/ *Timothy D. Pecsenye*
Timothy D. Pecsenye (pro hac vice)
Pecsenye@BlankRome.com
Cell: 267-257-4454
Samar Aryani-Sabet (pro hac vice)
SAryani-Sabet@BlankRome.com
Cell: 610-299-1626
Jillian M. Taylor (pro hac vice)
JMTaylor@BlankRome.com
Cell: 610-308-6145
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Craig M. Flanders (NY Bar No. 4668299)
CFlanders@BlankRome.com
Cell: 314-504-2464
Kenneth L. Bressler (NY Bar No. 1962661)
KBressler@BlankRome.com
Cell: 914-471-3300
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020

*Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31stth day of May, 2022, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of Court via the Court's CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF System.

*/s/ Lucy J Wheatley*
Lucy J. Wheatley

Counsel for Plaintiff
