**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LEXINGTON FURNITURE INDUSTRIES, INC.
d/b/a LEXINGTON HOME BRANDS,

|                |                |
|----------------|----------------|
| Plaintiff,     | 19 **CIVIL** 6239 (PKC) |

-against-                                        **JUDGMENT**

THE LEXINGTON COMPANY, AB d/b/a THE
LEXINGTON CLOTHING COMPANY,

Defendant.
-------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:**  That after a Jury

Trial before the Honorable P. Kevin Castel, United States District Judge, Plaintiff Lexington

Furniture Industries, Inc. d/b/a Lexington Home Brands has judgment in the amount of $1.00

for nominal damages, $1,641,963 for damages and $925,000 for punitive damages for a total

damage award of $2,566,964 as against the Defendant The Lexington Company, AB d/b/a

The Lexington Clothing Company.

**DATED:**  New York, New York
       June 2, 2022

                                                      **RUBY J. KRAJICK**
                                                _____
**So Ordered:**                                          **Clerk of Court**

                                                **BY:**     K. Mango
_____                          _____
    **U.S.D.J.**                                           **Deputy Clerk**