UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEXINGTON FURNITURE INDUSTRIES, INC. d/b/a LEXINGTON HOME BRANDS,<br><br>    *Plaintiff,*<br><br>    v.<br><br>THE LEXINGTON COMPANY, AB d/b/a THE LEXINGTON CLOTHING COMPANY,<br>    *Defendant.* | Docket No. 1-19-cv-6239 (PKC)<br><br>NOTICE OF APPEAL |

Notice is hereby given that, pursuant to 28 U.S.C. § 1291, The Lexington Company, AB d/b/a The Lexington Clothing Company, (Defendant) in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from all aspects of the final Judgment entered on June 2, 2022 (Doc. No. 213) (annexed as Exhibit A) and related rulings and orders, including, but not limited to the United States District Court for the Southern District of New York from the Opinion and Order entered in this action on October 24, 2022, denying Defendant's motions pursuant to Rules 50(a) and 59(e) of the Federal Rules of Civil Procedure and granting Plaintiff's motion for a permanent injunction the 24th day of October, 2022 (Doc. No. 258).

Dated: November 22, 2022

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Timothy D. Pecsenye*
Timothy D. Pecsenye
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5500
Email: Pecsenye@BlankRome.com

*Attorney for The Lexington Company AB d/b/a The Lexington Clothing Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, the foregoing was electronically filed through the Court's CM/ECF system and thereby served on the following recipients:

**Michael Lawrence Simes**
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
212-548-7013
Fax: 212-715-6260
Email: msimes@mcguirewoods.com

**Lucy Jewett Wheatley**
McGuire Woods LLP
800 East Canal Street, Gateway Plaza
Richmond, VA 23219
Tel: (804) 775-1000
lwheatley@mcguirewoods.com

**Amanda L. DeFord**
McGuire Woods LLP
800 East Canal Street, Gateway Plaza
Richmond, VA 23219
Tel: (804) 775-1000
adeford@mcguirewoods.com

**Matthew W. Cornelia**
McGuire Woods LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Tel: (214) 932-6400
mcornelia@mcguirewoods.com

*Counsel for Plaintiff Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands*

By: /s/ Timothy D. Pecsenye
Timothy D. Pecsenye

# EXHIBIT A

Case 1:19-cv-06239-PKC   Document 262   Filed 11/22/22   Page 3 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEXINGTON FURNITURE INDUSTRIES, INC.
d/b/a LEXINGTON HOME BRANDS,

              Plaintiff,                          19 CIVIL 6239 (PKC)

        -against-                                  **JUDGMENT**

THE LEXINGTON COMPANY, AB d/b/a THE
LEXINGTON CLOTHING COMPANY,
              Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable P. Kevin Castel, United States District Judge, Plaintiff Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands has judgment in the amount of $1.00 for nominal damages, $1,641,963 for damages and $925,000 for punitive damages for a total damage award of $2,566,964 as against the Defendant The Lexington Company, AB d/b/a The Lexington Clothing Company.

DATED: New York, New York
              June 2, 2022

                                                        **RUBY J. KRAJICK**

So Ordered:                                          Clerk of Court

*/s/ P. Kevin Castel*                    BY:    *K. Mango*
_____                          _____
**U.S.D.J.**                                                 **Deputy Clerk**