UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LEXINGTON FURNITURE INDUSTRIES, INC.
d/b/a LEXINGTON HOME BRANDS,

                Plaintiff,                19-cv-6239 (PKC)

    -against-

                                                  ORDER

THE LEXINGTON COMPANY, AB d/b/a THE
LEXINGTON CLOTHING COMPANY,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       Conference is scheduled for February 2, 2023 at 11:00 a.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
          January 25, 2023