UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEXINGTON FURNITURE INDUSTRIES,
INC.,

                     Plaintiff,                            19-cv-6239 (PKC)

      -against-                                   ORDER

THE LEXINGTON COMPANY,

                     Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

       As more fully discussed at the conference held on February 2, 2023,

       Let the defendant The Lexington Company show cause at a hearing to be held at 2 p.m. on February 6, 2023 in Courtroom 11D of 500 Pearl Street why it should not be held in contempt of court for violating the Orders of this Court, specifically the Opinion and Order of October 24, 2022 and the Order of December 22, 2022, in the manner detailed in the letter of counsel for plaintiff dated January 18, 2023 and the exhibits thereto and filed with the Court on January 19, 2023.

             SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       February 2, 2023