IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEXINGTON FURNITURE INDUSTRIES, INC. d/b/a LEXINGTON HOME BRANDS, <br><br>*Plaintiff,* <br><br>v. <br><br>THE LEXINGTON COMPANY, AB d/b/a THE LEXINGTON CLOTHING COMPANY, <br>*Defendant.* | Civil Action No.: 1:19-cv-06239-PKC <br><br> [~~PROPOSED~~ ORDER] |

Upon the letter motion from Timothy D. Pecsenye, Esq., counsel of record for Defendant The Lexington Company, AB d/b/a The Lexington Clothing Company's ("<u>Defendant</u>"), dated February 8, 2023, the application for the withdrawal of Craig Matthew Flanders as counsel for Defendant in the above-captioned matter is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____February 9_____, 2023

*/s/ P. Kevin Castel*

The Honorable P. Kevin Castel
United States District Judge

137387.00601/130527142v.1