UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEXINGTON FURNITURE INDUSTRIES, INC. d/b/a LEXINGTON HOME BRANDS., <br><br> *Plaintiff*, <br><br> v. <br><br> THE LEXINGTON COMPANY, AB d/b/a THE LEXINGTON CLOTHING COMPANY, <br><br> *Defendant*. | CIVIL ACTION NO. 1:19-cv-6239-PKC <br><br> [PROPOSED] ORDER |

Before the Court is an Application for Attorneys' Fees and Costs incurred in connection with prosecuting the Motion (Dkt. 266) to find Defendant The Lexington Company, AB d/b/a The Lexington Clothing Company ("LCC") in contempt of the Court's permanent injunction (Dkt. 264) filed by Plaintiff Lexington Furniture Industries, Inc. d/b/a Lexington Home Brands ("Lexington"). Pursuant to and in accordance with this Court's inherent equitable authority, the Court hereby finds as follows:

1) The Court previously found LCC in violation of the Court's permanent injunction, that such violation was willful, and that there were no persuasive reasons not to award attorneys' fees and costs to Plaintiff Lexington; and

2) Plaintiff's requested attorneys' fees, in the amount of $51,008.50, and requested non-taxable costs, in the amount of $2,991.40, are reasonable.

As such, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

Defendant LCC shall, within thirty (30) days of this Order, cause to be transferred to Plaintiff Lexington reimbursement of Plaintiff's attorneys' fees and non-taxable costs in the amount of $53,999.90.

*Motion (ECF 282) is GRANTED and should be terminated.*

DATED:  June 22, 2023
New York, New York

SO ORDERED:

_____
Honorable P. Kevin Castel
United States District Judge